USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YAYI ENDRINA VARGAS,

              Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.
-----------------------------------------------------------X

**ORDER**

19-CV-664 (JGK) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated October 16, 2019 (Dkt. No. 13), Judge Koeltl referred this case to me for a report and recommendation. The Commissioner moved for judgment on the pleadings on October 9, 2019 (Dkt. No. 12). To date, plaintiff has not responded to the motion. If, by **January 31, 2020**, no opposition (or a request for additional time to file opposition papers) is received, the Court will consider the Commissioner's motion to be unopposed.

    **SO ORDERED.**

Dated: January 14, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge