USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

YAYI ENDRINA VARGAS,

Plaintiff,                                    19 **CIVIL** 664 (LJL)

-against-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                         Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated August 24, 2020, the Court has reviewed the record and the

Report and Recommendation for clear error and, finding none. The Report and Recommendation

is ADOPTED in its entirety and Defendants motion for judgment on the pleadings is

GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

August 24, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**